✎PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Middle District of Alabama

UNITED STATES OF AMERICA

v.   } Crim. No. 2:93CR118-MHT
(WO)

WILLIAM R. LONG

On  February 12, 2010  the above named was placed on supervised release for a period of  10  years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

/s/ Eric K. Williams
United States Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  25th  day of  January , 20 16 .

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE