IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:93cr118-MHT
                            )           (WO)
WILLIAM R. LONG             )
```

## ORDER

It is ORDERED that the petition for early termination of supervised release (doc. no. 92) is granted.

This case is closed.

DONE, this the 25th day of January, 2016.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE